UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GO 770 MANAGEMENT LLC,<br><br>        Plaintiff,<br><br>   -against-<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>        Defendant. | 24-CV-8136 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's October 28, 2024 Order, ECF No. 22, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **January 15, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 17, 2025**.

  SO ORDERED.

Dated: January 16, 2025
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge